Same case below, 406 Fed. Appx. 584.

**No. 10-9885. James C. Winding, Petitioner v. The GEO Group, Inc.**

563 U.S. 1037, 131 S. Ct. 2969, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4243.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9892. Travis Dayne Begelton, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 1037, 131 S. Ct. 2969, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4296.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9959. Andrew J. Creager, Petitioner v. West Virginia.**

563 U.S. 1038, 131 S. Ct. 2971, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4255.

June 6, 2011. Petition for writ of certiorari to the Circuit Court of West Virginia, Berkeley County, denied.

**No. 10-9982. Richard Armand Archibeque, Petitioner v. California.**

563 U.S. 1038, 131 S. Ct. 2971, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4278.

June 6, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-10004. Devon Nunes, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1038, 131 S. Ct. 2970, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4219.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10005. John H. Davis, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

563 U.S. 1038, 131 S. Ct. 2970, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4190,

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 401 Fed. Appx. 533.

**No. 10-10022. George Benton, Petitioner v. Raymond Booker, Warden.**

563 U.S. 1038, 131 S. Ct. 2971, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4303.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 403 Fed. Appx. 984.

**No. 10-10024. Percy Lavae Bacon, Petitioner v. Nevada.**

563 U.S. 1038, 131 S. Ct. 2971, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4369.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.